IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.

CRIMINAL NO.: 3:14 cr73 CWR-FKB
18 U.S.C. § 641

MICHAEL F. KIMBLE

**The Grand Jury Charges:**

On or about the dates listed below, in Hinds County in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **MICHAEL F. KIMBLE,** aided and abetted by others known and unknown to the Grand Jury, did steal, purloin and knowingly convert to his own use, greater than $1,000.00 in funds belonging to the United States of America by receiving federal tax refunds in the names of the individuals listed below, which were deposited into bank accounts held at Wachovia Bank, to which the defendant **MICHAEL F. KIMBLE** knew he was not entitled.

| COUNT | VICTIM | AMOUNT | DATE OF DEPOSIT | ACCOUNT |
| --- | --- | --- | --- | --- |
| 1 | A.P. | $8,250.10 | 4/27/2009 | *4321 |
| 2 | M.H. | $7,770.15 | 5/1/2009 | *3505 |
| 3 | A.L. | $7,327.63 | 5/1/2009 | *3505 |
| 4 | S.L. | $8,123.15 | 5/1/2009 | *8596 |
| 5 | F.B. | $7,823.15 | 5/8/2009 | *7871 |

All in violation of Sections 641 and 2, Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or € has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981(a)(1)(C), Title 18, United States Code and Section 2461, Title 28, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 9th day of April, 2014.

UNITED STATES MAGISTRATE JUDGE